```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 20072
   ROSIE L STEVERSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-9262


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/31/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------

NATIONWIDE ACCEPTANCE CO  UNSECURED        4914.72          .00           .00
SBC                       UNSECURED         258.51          .00           .00
SPRINT                    UNSECURED         125.58          .00           .00
CITY OF CHICAGO PARKING   UNSECURED        1200.00          .00           .00
COMCAST                   UNSECURED       NOT FILED         .00           .00
COMCAST                   UNSECURED       NOT FILED         .00           .00
DEBT RECOVERY SOLUTIONS   UNSECURED         110.97          .00           .00
PEOPLES GAS               UNSECURED       NOT FILED         .00           .00
SMG                       UNSECURED       NOT FILED         .00           .00
MT SINAI                  UNSECURED       NOT FILED         .00           .00
MT SINAI                  UNSECURED       NOT FILED         .00           .00
SINAI MEDICAL GROUP       UNSECURED       NOT FILED         .00           .00
SINAI MEDICAL GROUP       UNSECURED       NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED         .00           .00
MCI                       UNSECURED       NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         150.61          .00           .00
COMMONWEALTH EDISON       UNSECURED         178.16          .00           .00
US CAREER INSTITUTE       UNSECURED       NOT FILED         .00           .00
SBC                       UNSECURED         157.88          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       442.57                      357.12
TOM VAUGHN                TRUSTEE                                        27.71
DEBTOR REFUND             REFUND                                         57.74

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                442.57

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              357.12
TRUSTEE COMPENSATION                         27.71
DEBTOR REFUND                                57.74

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 20072 ROSIE L STEVERSON
```

```
                             ---------------      ---------------
TOTALS                              442.57               442.57
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```